UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schaaron L. Martin,                                    Civil 13-2894 MJD/FLN

      Plaintiff,

v.                                                     O R D E R

Dr. Thomas M. Keane, Jr., et al,
*D.D.S., in his individual capacity*

      Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 1, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).


DATED: December 3, 2013.             s/Michael J. Davis
                                     MICHAEL J. DAVIS
                                     Chief Judge
                                     United States District Court