AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Schaaron L. Martin,

                Plaintiff,

V.

Dr. Thomas M. Keane, Jr., Dr. John C. Marker, and Ucare

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 13-2894 MJD/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is summarily DISMISSED for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

December 3, 2013                                                                                RICHARD D. SLETTEN, CLERK
Date

                                                                                           s/ MP
                                                             (By)                              MP   Deputy Clerk